# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARGARET MARY MAHON, A/K/A
MEG MAHON; AND CHRISTOPHER
JOHN LUND,

Appellants,

vs.

EDGEWOOD MHP PARTNERS, LLC, A
LIMITED LIABILITY COMPANY,
DERIVATIVELY BY PROPERTY
BUYERS, LLC,

Respondents.

No. 80229

FILED

NOV 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge. On July 10, 2020, this court entered an order striking the opening brief.[1] This court directed appellants to file and serve either (1) an informal brief for pro se parties on the form provided by the clerk of this court or (2) an opening brief that was signed by both appellants, complied with the requirements of NRAP 28 and NRAP 32, and contained a certificate of service and a certificate of compliance. Appellants were cautioned that failure to comply could result in the dismissal of this appeal.

On July 20, 2020, appellants resubmitted their opening brief. However, the clerk of this court issued a notice rejecting that brief because it did not comply with this court's rules.[2] The notice directed appellants to correct the deficiencies and resubmit their opening brief within 5 days.

---

[1]A copy of this order is attached.

[2]A copy of this notice is attached.

20-40870

Appellants did not comply or otherwise communicate with this court. Accordingly, on August 25, 2020, this court entered an order directing appellants to file and serve, by September 1, 2020, either (1) an informal brief on the form provided by the clerk of this court or (2) an opening brief that complies with NRAP 28 and NRAP 32.[3] This court cautioned that failure to comply could result in the dismissal of this appeal as abandoned.

Appellants did not comply or otherwise communicate with this court. Thus, on September 17, 2020, this court entered an order directing appellants to file and serve, within 7 days, either (1) an informal brief on the form provided by the clerk of this court or (2) an opening brief that complies with NRAP 28 and NRAP 32.[4] This court cautioned that failure to comply could result in the dismissal of this appeal as abandoned.

To date, appellants have not resubmitted an opening brief or otherwise communicated with this court. Accordingly, it appears that appellants have abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

---

[3]A copy of this order is attached.

[4]A copy of this order is attached.

cc: Hon. Gloria Sturman, District Judge
Christopher John Lund
Margaret Mary Mahon
The Watkins Firm, APC
Law Office of Hayes & Welsh
Morris Sullivan Lemkul/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(0) 1947A

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARGARET MARY MAHON, A/K/A
MEG MAHON; AND CHRISTOPHER
JOHN LUND,

Appellants,

vs.

EDGEWOOD MHP PARTNERS, LLC, A
LIMITED LIABILITY COMPANY,
DERIVATIVELY BY PROPERTY
BUYERS, LLC,

Respondent.

No. 80229



FILED

JUL 10 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER STRIKING OPENING BRIEF

Appellant Margaret Mary Mahon filed an opening brief on June 2, 2020, purportedly on behalf of herself and appellant Christopher Lund. The brief does not comply with the requirements of NRAP 28 and NRAP 32 and is not signed by Ms. Mahon, *see* NRAP 25(a)(5). Moreover, as it does not appear that Ms. Mahon is a Nevada licensed attorney, she may not file documents on behalf of Mr. Lund. *See* NRAP 46(a)(1) (providing that "[n]o person may practice law before the Supreme Court or Court of Appeals who is not an active member of the State Bar of Nevada except as provided by SCR 42 and subject to Rule 46(a)(3)"). Accordingly, the clerk shall strike the opening brief filed on June 2, 2020.

Appellants shall have 14 days from the date of this order to file and serve either (1) an informal brief for pro se parties on the form provided by the clerk of this court or (2) an opening brief that is signed by both appellants, complies with the requirements of NRAP 28 and NRAP 32, and contains a certificate of service and a certificate of compliance. Failure to

20-25510

comply with this order may result in the dismissal of this appeal. Appellants may not file an appendix or exhibits.[1] NRAP 30(i).

It is so ORDERED.

_____ Pickering _____, C.J.

cc: Christopher John Lund
Margaret Mary Mahon
The Watkins Firm, APC
Law Office of Hayes & Welsh
Morris Sullivan Lemkul/Las Vegas

---

[1]Given this order, this court takes no action on respondent's July 1, 2020, objection. Respondent may renew the objection at a later date, if deemed warranted.

# IN THE SUPREME COURT OF THE STATE OF NEVADA
## OFFICE OF THE CLERK

MARGARET MARY MAHON, A/K/A MEG
MAHON; AND CHRISTOPHER JOHN LUND,
Appellants,
vs.
EDGEWOOD MHP PARTNERS, LLC, A
LIMITED LIABILITY COMPANY,
DERIVATIVELY BY PROPERTY BUYERS,
LLC,
Respondents.

**Supreme Court No. 80229**
District Court Case No. A776665

## NOTICE OF REJECTION OF DEFICIENT BRIEF

TO:   Margaret Mary Mahon

The brief you filed is being rejected for the following reason(s):

Disclosure statement is required. NRAP 26.1

Routing statement is required. NRAP 28(a)(5)

Brief is not double-spaced. NRAP 32(a)(4)

Pages are not properly numbered. NRAP 32(a)(4)

Footnotes are not in the same size and typeface as the body of the brief. NRAP 32(a)(5)

Certificate of compliance is required. NRAP 32(a)(9).

Please correct the deficiencies and return the brief to this office for filing within 5 days of the date of this notice.

DATE: July 20, 2020

Elizabeth A. Brown, Clerk of Court

By: Sandy Young
    Deputy Clerk

20-26401

Notification List
        Electronic
        Law Office of Hayes & Welsh \ Martin L. Welsh
        Morris Sullivan Lemkul/Las Vegas \ Will A. Lemkul


        Paper
        Margaret Mary Mahon
        Christopher John Lund
        The Watkins Firm, APC \ Daniel W. Watkins

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARGARET MARY MAHON, A/K/A
MEG MAHON; AND CHRISTOPHER
JOHN LUND,

Appellants,

vs.

EDGEWOOD MHP PARTNERS, LLC, A
LIMITED LIABILITY COMPANY,
DERIVATIVELY BY PROPERTY
BUYERS, LLC,

Respondents.

No. 80229

**FILED**

AUG 25 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY _____
DEPUTY CLERK

## *ORDER TO FILE OPENING BRIEF*

On July 10, 2020, this court struck appellants' pro se opening brief and directed appellants to file and serve either (1) an informal brief for pro se parties on the form provided by the clerk of this court or (2) an opening brief that is signed by both appellants, complies with the requirements of NRAP 28 and NRAP 32, and contains a certificate of service and a certificate of compliance. On July 20, 2020, appellants resubmitted their opening brief. However, that document was rejected by the clerk of this court because it did not comply with this court's rules. The clerk directed appellants to correct the deficiencies and resubmit the brief for filing by July 27, 2020. To date, appellants have not complied or otherwise communicated with this court.

Appellants shall have 7 days from the date of this order to file and serve, either (1) an informal brief on the form provided by the clerk of this court or (2) an opening brief that complies with NRAP 28 and NRAP

20-31244

32. Failure to comply with this order may result in the dismissal of this appeal as abandoned.

It is so ORDERED.

_Pickering_, C.J.

cc:  Christopher John Lund
Margaret Mary Mahon
The Watkins Firm, APC
Law Office of Hayes & Welsh
Morris Sullivan Lemkul/Las Vegas

Supreme Court
of
Nevada

(O) 1947A

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARGARET MARY MAHON, A/K/A
MEG MAHON; AND CHRISTOPHER
JOHN LUND,

Appellants,

vs.

EDGEWOOD MHP PARTNERS, LLC, A
LIMITED LIABILITY COMPANY,
DERIVATIVELY BY PROPERTY
BUYERS, LLC,

Respondents.

No. 80229

**FILED**

SEP 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER TO FILE OPENING BRIEF*

On July 10, 2020, this court struck appellants' pro se opening brief and directed appellants to file and serve either (1) an informal brief for pro se parties on the form provided by the clerk of this court or (2) an opening brief that is signed by both appellants, complies with the requirements of NRAP 28 and NRAP 32, and contains a certificate of service and a certificate of compliance. On July 20, 2020, appellants resubmitted their opening brief. However, that document was rejected by the clerk of this court because it did not comply with this court's rules. The clerk directed appellants to correct the deficiencies and resubmit the brief for filing by July 27, 2020. When appellants did not timely comply or otherwise communicate with this court, on August 25, 2020, this court entered an order directing appellants to file and serve, by September 1, 2020, either (1) an informal brief on the form provided by the clerk of this court or (2) an opening brief that complies with NRAP 28 and NRAP 32. This court cautioned that failure to comply could result in the dismissal of this appeal as abandoned. To date, appellants have failed to comply or otherwise communicate with this court.

20-34247

Appellants shall have 7 days from the date of this order to file and serve, either (1) an informal brief on the form provided by the clerk of this court or (2) an opening brief that complies with NRAP 28 and NRAP 32. Failure to comply with this order may result in the dismissal of this appeal as abandoned.

It is so ORDERED.

_____Pickering_____, C.J.

cc:    Christopher John Lund
Margaret Mary Mahon
The Watkins Firm, APC
Law Office of Hayes & Welsh
Morris Sullivan Lemkul/Las Vegas